# In the United States Court of Federal Claims

No. 01-495C

(Filed: September 17, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KENT CHRISTOFFERSON, *et al.,*

        *Plaintiffs*,

v.

THE UNITED STATES,

        *Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____

## ORDER DIRECTING ENTRY OF JUDGMENT
_____

BRUGGINK, *Judge*.

This action for unpaid overtime is before the court for review and approval of the parties' stipulation for the entry of judgment. The signed settlement was appended to the joint status report filed September 7, 2010, and is attached to this order as well.[1]

This case was commenced in August 2001 by four named individuals on behalf of themselves and other former workers for the United States Bureau of the Census. The claim was for unpaid overtime pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-19 (2006), and the Federal Employee Pay Act, 5 U.S.C. §§ 5541-50a (2006). Between 2001 and 2006, thousands of plaintiffs opted into the suit in a series of uncontested motions. Eventually, the statute of limitations effectively foreclosed the addition of any new plaintiffs. *See Christofferson v. United States*, 72 Fed. Cl. 541 (2005); *Christofferson v. United States*, 64 Fed. Cl. 316 (2006) ("*Christofferson I*").

_____

[1] The list of eligible plaintiffs appended to the stipulation that is attached to this order is a corrected version of the list filed on September 7, 2010.

During the course of this litigation, the court has issued various orders and rulings affecting the eligibility of various groups of claimants. These orders disallowed the claims of some plaintiffs and permitted those of others. For example, the court granted summary judgment against the claims of employees who worked in excess of eight hours in a day, but not more than forty hours in a week. *Christofferson I.* In contrast, after a trial, the court concluded that Field Operations Supervisors at the Concord, California field office were entitled to claim overtime. *Christofferson v. United States*, 67 Fed. Cl. 68 (2005). Additionally, the court denied claims for tolling the statute of limitations, *Christofferson v. United States*, 72 Fed. Cl. 541 (2006), and denied the plaintiffs' motion to amend the complaint to permit recovery for "straight time" hours. *Christofferson v. United States,* 77 Fed. Cl. 361 (2007).

Through the parties' cooperative evaluation of the claims, dozens of individual plaintiffs have settled and received payment. In addition, this process developed agreed-upon efforts to obtain details of the nature and extent of the overtime claimed and has identified large numbers of persons who have not responded to such efforts. Specifically, in 2005–06, the parties developed a "Memorandum of Understanding," which set out a process by which claimants would submit claims forms allowing counsel to test a claimant's continuing interest in the litigation and to compare the claims with this court's orders limiting or allowing recovery. Of the more than 7,000 plaintiffs, more than 2,000 submitted claims forms.

On April 15, 2009, the court directed a final notice to be sent to those non-responding individuals instructing them that the failure to timely submit a completed claims form would result in the dismissal of their claims. Of those who received this final notice, only 529 persons responded indicating that they wished to proceed as part of the litigation. Subsequently, the parties entered into a mediation process and reached a tentative settlement. In an order dated March 8, 2010, we held that those entitled to participate in the settlement are the former employees of the United States Bureau of the Census who worked during the 2000 Census, who have opted into the proceeding by submitting timely claims sufficient under the court's prior rulings, and who have not previously settled or been dismissed. Those who do not meet these criteria are ineligible to recover.

In order to conclusively and fairly determine those claimants who are eligible to participate in the settlement, we ordered plaintiffs' attorney to distribute a "Notice of Ineligibility" to all the claimants who counsel had reason to believe were ineligible to recover. The Notice gave recipients the

2

opportunity to provide documentary evidence of their eligibility. Forty-three people objected, two of whom counsel determined were indeed eligible under prior court rulings. We subsequently directed plaintiffs' counsel to file with the court a list of those persons who were ineligible for any reason. On August 17, 2010, we ordered the dismissal of 5,275 plaintiffs designated as ineligible. On September 7, 2010, the parties filed with the court an executed stipulation for the entry of judgment for the court's review and approval.

Neither the Rules of the Court of Federal Claims, the FLSA, nor the FEPA mandate court review of a settlement leading to a stipulation for judgment. Various cases, however, suggest the wisdom of this step. *See, e.g., Hohnke v. United States*, 69 Fed. Cl. 170 (2005) (suggesting that settlements of FLSA cases should be reviewed by the court). The point of such review is to insure that an FLSA settlement resolves a bona fide factual dispute over hours worked or amount due and is not simply a waiver of the employees' rights and claims. *Id.* at 175 (citing *Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697 (1945); *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946)). Such a bona fide dispute may be resolved through settlement if plaintiffs actually bring a lawsuit under the FLSA and the subsequent settlement is scrutinized by the court for fairness. *Id.* at 179 (citing *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982)).

Here, the factual and procedural background recited above, along with the multiple previously published decisions and a trial, make sufficiently clear the existence of a bona fide dispute. Furthermore, this settlement—reached after protracted litigation, extensive investigation, and arm's length negotiation—reflects a fair disposition of plaintiffs' claims. Having examined the terms of this settlement, we find it to be a just and equitable resolution to the remaining claims in this matter. We therefore conclude that the attached settlement agreement warrants approval. Because the settlement is "global" in nature, *i.e.* inclusive of distribution and administration costs and the extensive attorney's fees and costs incurred over nearly a decade of litigation, and because all plaintiffs ineligible to recover have previously been dismissed, there remain no further matters preventing the entry of judgment. Accordingly, the Clerk is hereby directed to enter judgment pursuant to the attached stipulation. No costs.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge

3

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KENT CHRISTOFFERSON et al.,      )
                               )
      Plaintiffs,              )
                               )
          v.                  )      No. 01-495C
                               )      (Judge Bruggink)
THE UNITED STATES,          )
                               )
      Defendant.            )

## STIPULATION FOR THE ENTRY OF JUDGMENT

This case arises out of plaintiffs' claims that, while employed by the United States Census Bureau ("Bureau"), the Bureau failed to pay them overtime compensation pursuant to 29 U.S.C. § 201 et seq. (The Fair Labor Standards Act). In August 2001, certain plaintiffs filed a complaint in this Court to address those claims ("named plaintiffs"). Thereafter, others joined this suit ("Opt-Ins"). This stipulation concerns only the claims of the named plaintiffs and Opt-Ins listed in Attachment A (collectively, "plaintiffs").

Ultimately, the parties entered into negotiations designed to amicably resolve their dispute, upon the terms set forth below. Plaintiffs' offer has been accepted on behalf of the Attorney General. Accordingly, without the necessity of a trial on the merits or adjudication of any issue of fact or law pertaining to the complaint, and without constituting an admission of liability on the part of the United States, and for no other purpose, plaintiffs and defendant stipulate to the entry of judgment upon the following terms.

1.      Settlement Amount. Within ten days after this stipulation has been ordered by the Court, plaintiffs' counsel will cause to be created a Qualified Settlement Fund ("QSF") with a unique taxpayer identification and will provide wiring instructions for this account to defendant. Defendant shall pay promptly to the QSF the lump sum of $7,750,000 ("Settlement Amount"), to be distributed by plaintiffs' counsel in accordance with paragraphs 2, 3 and 4, below.

2.      Settlement Shares to Plaintiffs. Of the Settlement Amount, the individual plaintiffs, listed on Exhibit A attached hereto, shall be paid a total of $3,505,124.00, pursuant to a payout formula devised by plaintiffs' counsel. Each payment shall be considered as 50 percent

back pay and 50 percent as liquidated damages.

3.     Attorney Fees, Expenses and Costs. From the Settlement Amount, plaintiffs' counsel shall be paid $4,169,876 in attorney fees, expenses and out-of-pocket costs. From the settlement amount, plaintiffs' attorneys also will be paid $75,000 to hire a third-party contractor to distribute the Settlement Amount pursuant to this stipulation. Plaintiffs' counsel shall manage the third-party contractor, for whose efforts plaintiffs alone will be responsible.

4.     Miscellaneous Conditions Concerning Payment.

a.     Miscellaneous Income Forms. Plaintiffs' counsel shall be responsible for issuing a Miscellaneous Income Form 1099 to each plaintiff and to the Internal Revenue Service reflecting the amounts received under this Stipulation.

b.     Distribution Cost. Other than the amounts specified in paragraph 2, above, the United States will not bear any of the cost of distributing payments to individual plaintiffs, which shall be the sole responsibility of Minami Tamaki LLP.

5.     Release. Except for plaintiffs' right to enforce the terms of this stipulation. Plaintiffs release, waive, and abandon all claims against the United States, its political subdivisions, its officers, agents and employees arising out of their employment with the Bureau for the Year 2000 Census.

6.     Warranty. Plaintiffs warrant and represent that no other action or suit with respect to the claims advanced in this suit for the time period covered by this suit is pending or will be filed in or submitted to any other court, administrative agency, or legislative body. Plaintiffs further warrant and represent that they have made no assignment or transfer of all or any part of their rights arising out of or relating to the claims advanced in this suit. Should a plaintiff now or in the future violate these warranties and representations, plaintiff shall refund any amount paid by the United States pursuant to this stipulation, together with interest thereon, in accordance with the formula prescribed under 5 U.S.C. § 5596(b)(2)(A) and by the Office of Personnel Management in FPM letter 550-78, computed from the date the United States makes the

- 2 -

payments provided for in this stipulation.

7.    Taxes. Except for plaintiffs' counsel's obligation to provide each plaintiff with a Miscellaneous Income Form 1099, this stipulation is in no way related to or concerned with income or other taxes for which plaintiffs are liable, or may become liable in the future as a result of this stipulation.

8.    Other Proceedings. This stipulation is for the purpose of settling the claims raised in the complaint, and for no other purpose. Accordingly, this stipulation shall not bind the parties, nor shall it be cited or otherwise referred to, in any proceedings, whether judicial or administrative in nature, in which the parties or counsel for the parties have or may acquire an interest, except as is necessary to effect the terms of this stipulation.

9.    Authority of Counsel. Plaintiffs' attorney of record represents that he is authorized to enter into this stipulation on behalf of plaintiffs. Defendant's attorney of record represents that the undersigned attorneys for the United States are authorized to execute this stipulation on behalf of the United States.

Respectfully submitted,

TONY WEST
Assistant Attorney General

JEANNE E. DAVIDSON
Director

- 3 -

JACK W. LEE
Minami Tamaki LLP
360 Post St. 8th Floor
San Francisco, CA 94108-4903
Tel: 415-788-0200

STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn:    Classification Unit
            8th Floor
1100 L St. N.W.
Washington, D.C.   20530
Tele:  (202) 616-2311

Attorney for Plaintiffs

Date:   9/7/2010

Attorneys for Defendant

Date:   9/7/10

- 4 -

Abatemarco, Cariangela R.
Abbey, Wendy L.
Abbott, Anne C.
Abbott, Lois M.
Abel, Friedrich E.
Abernathy, Judith L.
Abernethy, Suzanne M.
Abrams, Malcolm L.
Acosta, Bernett
Acosta, Emma A.
Acosta, John
Adams, Gloria J.
Adams, Karen D.
Adams, Karen Y.
Adams, Undrae P.
Adkins, Tanisha E.
Afek, Dina
Agnant, Eddy E.
Agron, Brad M.
Aguero, Emilio
Aguilar, Esther
Aguilar, Juanita
Aguirre, Alvaro J.
Ahlvin, William G.
Ahrens, Russell D.
Aikens, Marvin S.
Akins, Janice L.
Alcantara, Maria
Aldridge, Freda C.
Aleem, Saleem
Alexandr, Victor
Ali, Saleema N.
Allain, Leslie F.
Allen, Angenetta L.
Allen, Carole E.
Allred, Jennifer L.
Altamirano, Arnold
Alvarado,  Edmund V.
Alvarado, Rod A.
Alvarez, Christine A.
Alyea, Kathryn A.
Amador, Carlos
Amerson, Karen J.
Amerson, Vincent L.

Anaya, Omar C.
Anderson, Daniel G.
Anderson, Henrietta
Anderson, Holly F.
Anderson, Jeanne K.
Anderson, Kathleen J.
Anderson, Lashawn Y.
Anderson, Norbert E.
Andrade, Bibiana C.
Andrews Jr., Napoleon
Andrews, Lavonne R.
Angeletti, Irma J.
Ansaknok, Belva
Anthony, Wren E.
Antreasyan, Hrant
Appelo, Regan M.
Applegate, Eddie
Aquino, Lydia G.
Arellano, Janet
Arellano, Victor M.
Armwood, Hope F.
Arnold, Trilby J.
Atkins, Ronald C.
Aubry, Phyllis
Auguste, Harry
Augustowicz, Jean
Auh, Yoon T.
Austin, Carole
Austin, Corliss T.
Austin, Robin
Avalos, Carlos A.
Avila, Tina M.
Awotunde, Gabriel
Axline, Robyn M.
Aybar, Mary
Aziz, Ilahna
Azuma, Jane
Bahena, Elena Y.
Baier, Robert J.
Bail, Martha R.
Bains, Rushpal
Baker, Edgar
Baker, Gerald S.
Baker, Sandra M.
Baldwin, Shida
Ballard, Caro B.
Banks, Diane
Barba Finocchi, Constance J.

Exhibit A: Eligible Plaintiffs                    2

Barbecho, Evismenia
Barclay, Carla C.
Barclay, Tanelya L.
Barco, Barney M.
Barco, Joan B.
Barfield, Delphine
Barker, Betty J.
Barker, Christopher
Barnes, Alvena A.
Barnes, Donald
Barnes, Donald L.
Barnes, Timothy T.
Baron, Jerry
Barragan, Cesar F.
Basco, Ismael T.
Baskin, David B.
Basoff, Shari L.
Bates, Ann
Batt, Betsy
Battey, Michelle R.
Battraw, George A.
Batts, Kashima D.
Bauer, Sherri L.
Bautista, Veronica
Bayley, Laura J.
Bazarnicki, Lexie A.
Beamon, Felicia D.
Becker, Robert J.
Beckman, Jill A.
Bedford, Phyllis
Bednarz, Sharon K.
Begraft, Scott P.
Behrman, Jessica A.
Bell, Anita
Bell, Bill
Bell, Felix
Bell, Linda A.
Bell, Marie G.
Bell, Romajean
Bell, Sandra L.
Benavidez, Frank P.
Bennett, Tiara
Beondo, Eugenia
Beranek, Joseph E.
Bergeron, Guy   G.
Berglund, Jeanne L.
Berlin, Gloria R.
Berner, Susan

Bernstein, Cheryl
Bernstein, Melvyn M.
Berroteran, Josette M.
Berry, John L.
Best, Catherine P.
Betker, Sara A.
Beverly, Twanna
Beville, Rhonda L.
Bienstock, Claude
Biggs, George W.
Biglari, Kamran J.
Billings Jr, William C.
Bingham, Kathryn H.
Birnbaum, Lorraine K.
Bishop,  Cheryl
Bishop, Gregory L.
Black, Laurie M.
Black, Timothy A.
Blackett, Rochelle
Blake, Kenneth W.
Blanchard, Gayle M.
Blanding, April
Blank, Barry
Blatecky, Albert A.
Blendermann Sr., Edward
Blossomgame, Jimmie
Bly, Susan
Boehmer, Charles
Boland, Thomas W.
Bolton, Johnetta L.
Bombace, Roger
Bonaparte, Helena M.
Bonaparte, Vendetta
Booker, Rashod O.
Boone, Jamal
Boone, Jennifer J.
Booth, Catherine
Bordeaux, Philip A.
Borges, Diane M.
Borington, Jeanette
Borkowski, Paulette A.
Boruck, Stanley Y.
Bowland, Stephanie
Boxer, Aviva
Boyd, Jeanine
Bozin, Sheila
Bradford, Branda E.
Bragg, Susannah

Bramwell, Kathryn D.
Brandt, Virginia K.
Brant, Linda J.
Brasch, Cathy
Bratcher, Rodney M.
Bravo, Iris
Bremer, Joyce F.
Brewer, Susan A.
Broadus, Julie M.
Broadwater, Robert L.
Brooks, Donna M.
Brooks, Freeman L.
Brooks, Sadie W.
Brooks, Tulisha M.
Brown, Deuna M.
Brown, Erik
Brown, Glenda
Brown, Lenore S.
Brown, Nancy A.
Brown, Peggy M.
Brown, Perry
Brown, Philip R.
Brown, Rosa H.
Brown, Teaira
Brown, Tracy
Brown, Travis L.
Browner, Shera
Bruntrop, Robert
Bryant, Alfred L.
Brydie, Vanessa
Bryer, Kenneth J.
Buchanan, Carli
Buchanan, Lucille
Buck, Thomas R.
Budzisz, Peter G.
Bugg, Edward J.
Buil, Beysa M.
Bullard, Tanna A.
Bunner, Dara K.
Burden, Antonio
Burga, Maria T.
Burgos, Josephine A.
Burgueno, Annette
Burke, Cheryl A.
Burke, Kathryn
Burkett, Beckie A.
Burnett, Joseph
Burnett, Robert A.

Burns, Catherine M.
Burns, Virgil L.
Burton, Denita
Burton, Joan G.
Busby, Karima A.
Busch, Ann E.
Buss, Robert L.
Butler, Charlene D.
Butler, Renee
Buttars, Arlene P.
Byrd, Bernadine
Caceres, Roberto
Cagnina, Paula
Cahalan, Patrick G.
Cahill, John J.
Cain, Edward E.
Calhoun, Chriscynthia R.
Callahan, Neva J.
Callahan, William A.
Callaway, Toni Marie
Calvillo, Leticia
Calvillo, Michelle S.
Camden, John C.
Campbell, Richard J.
Campbell, Thomas L.
Campos, Thomas E.
Candaras, Mark A.
Canick, Eliot  I.
Cannata, Anthony R.
Cannella, Patricia A.
Cantu, Donna E.
Cargill, Debbie A.
Carman, Jacqueline D.
Carmichael, Brenda M.
Carr, Michael D.
Carrigan, Edward J.
Carrillo, Deborah A.
Carrillo, Iralda
Carrillo, Irma
Carrillo, Josephine S.
Carrillo, Martha S.
Carroll, George B.
Carter, David
Carter, Dorothy M.
Carter, Eileen A.
Carter, Leo G.
Carter, Nancy
Carter, Nia

Carter-Joyner, Lejoyce
Carvel, Robert E.
Carver, John
Carver, Pamela
Casas, Elsa L.
Casas, Ricardo J.
Case, Christine L.
Case, Ruth E.
Cash, Maryjane S.
Casillas, James A.
Castaneda, Alma D.
Castaneda, Daphne L.
Castellano, John J.
Castellanos, Susana
Castillo, James P.
Castillo, Luis A.
Castro, Eugene S.
Catt, Vivian L.
Cautrell, Denny
Cavanagh, Robert M.
Cavin, Dale C.
Cebra, Laurel W.
Cerezo, Raymundo
Cerna, Hamilton F.
Cernak, John B.
Cesar, Margareth
Chadderdon, Judy A.
Chaffee, Robert D.
Chambers, Donald J.
Chan, Linda A.
Chandler, Lorraine S.
Chapman, Eddye C.
Chase, Ronda
Chau, Mabel
Chea, Phanna
Cheek, Randy V.
Chen, He
Chen, Lin
Chestleigh, Angelisa Y.
Chin, Regina J.
Chingliak, Julia M.
Cho, Jae Wook
Chrestensen, Carol A.
Christenson, Caren A.
Christofferson, Kent E.
Chu, Otto
Ciccaglione, Thomas M.
Ciccone, Louis C.

Cifu, Elena C.
Cisneros, Luz M.
Clark, Angela M.
Clark, Mildred
Clark, Minnie J.
Clark, Reginald V.
Clark, Robert E.
Clark, Shirley
Clark, Vicky M.
Clay, Latrice
Clemons, Kathleen P.
Clifton, Marci D.
Cling, Druscilla J.
Coartney, Leland D.
Cobb, Barbara M.
Cobb, Nichole C.
Cohen, Louis E.
Colbert, Glenda H.
Colclasure, Marietta J.
Cole, Edwin
Cole, Michael
Coleman, Birgitta M.
Coleman, Kathy J.
Coleman, Thomas
Coleman-Burrell, Dolores
Collett, Mary Ann G.
Collett, Robert
Collier, Katherine L.
Colone, Crystal Y.
Compton, Henry A.
Conklin, Bonnie J.
Connelly Jr, Edward A.
Connelly, Jeanette C.
Connors, Laurie J.
Contreras, Cruz E.
Contreras, Maria R.
Conwell, Robyn L.
Cook, Wendy L.
Cooke, Cory L.
Cooper, Cheryl A.
Cooper, Genevieve E.
Cooper, Gerald A.
Corbett, Victoria E.
Corbin, Charles C.
Corbin, Royal T.
Corcoran, Chris C.
Cormode, Brenda A.
Cornelius, Mark

Exhibit A: Eligible Plaintiffs                    8

Corral, Mario A.
Cosin, Catharina
Cotton, Deirtre G.
Cotton, Ronnie
Cowan, Ian A.
Craft-Jaggers, Janet
Craig, Tomie  L.
Crayton, Christi L.
Creel, Sheryl K.
Cristia, Klara
Cross, Regina
Crotty, Arthur T.
Crouse, Corinne M.
Crowe, Betty L.
Crowe, Jeannie S.
Crowe, Josie L.
Culbreth, Sigrid
Cummings, Michelle R.
Curry, Rosalind
Dahl, Aida N.
Dailey, James G.
Daley, Diane
Dang, Tiffany N.
Daniel, Charles E.
Daniels, Sharon L.
Dannemann, Karl O.
Darby, Elaine V.
Dartez, Kim L.
Darwish, Laila
Davenport, Joan E.
Davidson, Shirley F.
Davis, Annabelle E.
Davis, Audrey A.
Davis, Cindy L.
Davis, David L.
Davis, Glenn M.
Davis, La Vearne Y.
Davis, Larry
Davis, Levy Kim L.
Davis, Marie M.
Davis, Mark D.
Davis, Pamela
Davis, Paulette B.
Davis, Sharlene
Daye, Les
De Jesus, Belinda S.
De La Torre, Rodolfo
De Lara, Karen B.

Deas, Naretha
Debeers, Roger N.
Decovsky, Lenore J.
Decristoforo, Mario L.
Degges, Deniese R.
Degraffenreid, Lynnette
Dehart, Adrian
Dejean, Carmelle
Dejesus, Julissa
Dekoszmovszky, Peter
Delfin, Marie M.
Delgadillo, Henry
Denomie, Jennifer
Dent, Michael A.
Depoy, Linda C.
Derosa-Fitch, Edith M.
Desantiago, Wendy V.
Devine, Pamela S.
Dewey, David J.
Dewey, Shirley A.
Deyoung, Janice E.
Di Gregorio, Bernard
Diaz, Amalia
Diaz, Marie
Diaz, Martha L.
Difrancesco, Joseph
Dionne-Mince, Shelly A.
Dirksen, Kathleen S.
Discher, Joseph A.
Dispensa, Harry R.
Dixon, Michelle
Dobshinsky, John
Dodds, Salli
Dodge, Richard A.
Doke, Barbara
Domingue, Sean
Domue, Sheila
Donahue, Erin Ann
Donoso, Marta M.
Doran, Alice M.
Dorsett, Sandra W.
Dorsey, Carolyn E.
Dorsey, Gloria
Dougharty, Barbara J.
Dougharty, Jason C.
Douglas, Nicole R.
Douglas, Thea M.
Dourgoutian, Agavni

Exhibit A: Eligible Plaintiffs          10

Dowell, Georgina L.
Downes, Lisa Yvette
Downin, Rosemarie J.
Doyel, Kenneth D.
Doyle, Richard A.
Drechsel, Ann
Duane, Douglas J.
Dubbe, Elizabeth I.
Duffy, Edward D.
Dunbar, Candie
Duncan, Jo A.
Dunn, Victoria V.
Dunnam, Stephanie L.
Duran, Steve R.
Dutch, Travis L.
Dyson, Lauretta
Eckford, Catherine
Eckstrom, Carl J.
Edmond, Janice T.
Edmondson, Robert L.
Edwards, Diedra
Edwards, Gail L.
Edwards, Gloria R.
Edwards, Jody L.
Edwards, Patricia
Efstathiou, John
Egorov, Tanya
Elguindy, Melinda W.
Elliott, Rose
Enge, Nachelle
Ensminger, Evelyn V.
Escarsega, Edward R.
Essex, Vanita
Evan, Frances A.
Evans, Rodrick A.
Ewald, Connie S.
Ewing, Bert K.
Fago, Joel
Fahie, Evelyn D.
Fahs, Becky E.
Fain, Bill W.
Faison, Krystal R.
Falconi, Victor E.
Fantazia, Joseph J.
Farrell, Lincoln
Farrelly, Patrick
Fauver, Pier L.
Featherstone, Charles L.

Exhibit A: Eligible Plaintiffs                11

Felix, Alejandra
Fell, Robert B.
Fernandez, Gerardo
Fernandez, Verlene M.
Ferranti, David
Ferras, Andrew R.
Ferreira, Christina M.
Ferrovecchio, Joseph J.
Festante, Mario A.
Fields, Mark
Filipiak, William F.
Fimbres, Jose L.
Finch, Sharon  K.
Finley, Ellen L.
Finn, Ruth E.
Finucane, Richard F.
Fiol, Stephanie
Fischer, Mary
Fisher, Dashika A.
Fisher, John W.
Flanagan, Eleanor M.
Fleckenstein, Edmund A.
Fleming, Jean P.
Fleming, Linda L.
Flessati, Alois
Flores, Anna M.
Flores, Lina R.
Flores, Maria C.
Ford, George D.
Ford, Larry
Ford, Patricia A.
Fornof, Darin J.
Forsythe, Bertha M.
Fortune, Kettly
Foster, James M.
Foster, Janene
Foster, Robert
Foster, Vivian L.
Fountain-Tucker, Beverly E.
Fox, Elizabeth J.
Fox, Harold J.
Fox, Rachel
Fox-Farwell, Lisa
Foxx, Evelyn T.
Fraga, Erika
Frank, Judith
Frank, Patrick D.
Franklin, Ronette F.

Franzone, Joan
Frazier, Darlene K.
Frazier, Gary L.
Frazier, Tawanda
Freeman, Charnell K.
Freeman, Clyde J.
Froehlich, Billie-Rae S.
Froehlich, Eldon E.
Frumkim, Emanuil P.
Fullbright, Sandra
Furlan, Jose A.
Fusaro, Peter A.
Fuss, Nina J.
Galan, Yvette
Galinski Sr., Raymond S.
Gallardo, Chris M.
Gamble, Rhonda A.
Gandues, Willette
Ganesh-Shiwmangal, Bonnie
Gant, Rosalyn M.
Garcia, Bertha
Garcia, Christine M.
Garcia, Daisy
Garcia, Jeannette
Garcia, Ludmila
Garcia, Richard P.
Garcia, Rita L.
Garcia, Sandra S.
Garigan, Beatrice
Garner Jr, Tommy J.
Garner Jr, Wright
Garrett, Eileen B.
Garrigus, Lewis R.
Garvin, Kenneth
Gasman, Martin
Gaspar, Elizabeth
Gasser, Jacqueline J.
Gassman, Victor A.
Gaulding, Carolyn S.
Gayton, Amelia
Gee, Vanyoska
Gehm, Donald E.
George, Deborah
George, Robert A.
George, Theresa E.
Gerasta, Letisia B.
Gericke, Otto L.
Gerres, Barbara E.

Gibbs, Robert N.
Gibson, Kathleen E.
Gilbert, Jeffrey
Gilbert, Vivian R.
Gillespie, Gerard
Gillespie, Julia
Glaser, Michael R.
Glennon, William
Glover, Patricia
Golden, Norman S.
Gomez, Charles G.
Gomez, Leane E.
Gomez, Trudy A.
Gomez-Carr, Caroline M.
Gonzales, Esperanza A.
Gonzales, Ursula
Gonzales, Veronica T.
Gonzalez, Alicia J.
Gonzalez, Eva
Gonzalez, Joyce V.
Gonzalez, Lucy M.
Gonzalez, Luisa
Goodman, Michael S.
Goodman, Pamela
Goodwin, Alan
Gorden, Mark F.
Gordon, Valerie A.
Goris, Valerie
Gorski, Joan A.
Goudeau, Dana A.
Graham, Steven
Granade, John F.
Grant, Robin
Grant, Sharon J.
Granviel, Segni F.
Graves, Valerie
Gravesande, Selma P.
Gray, Sheila
Greco, Naomi R.
Green, Lawrence
Green-Milligan, Sherry
Gregory, Aaron D.
Greiner, Donna
Grenon, Dennis
Gresham, Sharon D.
Griffin, Claire B.
Griffin, Janyce
Griffin, Joyce L.

Griffin, Tameeca L.
Griggs, Robert C.
Grimes, Debra L.
Grimes, Melvin L.
Groh, Ellen T.
Gruenenfelder, Rachel E.
Grussi, Martha D.
Gruszka, Casimir S.
Gruzs, Jeanne M.
Guerra, Maryl E.
Guerrero, Carmen
Guess, Marsha E.
Guevara, Edilberto
Guevara, Margaret J.
Guia, Samuel G.
Guirand, Jean D.
Gunther, Rita L.
Gustus, Marion
Gutierrez, Leopold
Gutierrez, Marisela
Gutierrez, Maya N.
Guzman, Oscar
Hadaway, Walter L.
Hagerich, Nancy
Haggett, Mary M.
Hagins, Helen J.
Hall, Ronald
Hall, Virginia G.
Halvorson, Vanda
Ham, Donald P.
Hamilton, Cheri D.
Hamilton, Keith P.
Hamilton, Shelia L.
Hamilton, Shidonna L.
Hamlin, Randy E.
Hardgrave, Sonia R.
Hardy, Allyn J.
Hardy, Mary E.
Harmon, Kitten
Harper, Darlene
Harper, Darsheena S.
Harper, Louis E.
Harper, Mary C.
Harrington, Donna J.
Harrington, Jacqueline I.
Harrington, Michael F.
Harris, Agnes
Harris, Calvin D.

Harris, Gloria S.
Harris, Irving O.
Harris, Jeffrey
Harris, Josh P.
Harris, Mary E.
Harris, Navarina
Harris, Steven
Harris, Tierney
Harris, Tracy F.
Harrison, John G.
Harte, Bernard
Harvey, Jack G.
Harvey, Sanaria M.
Hassel, Lisa A.
Hastie, Tara
Haug, Ruth E.
Hawj, Kou K.
Hawley, Janice E.
Hawthorne, Patricia
Hays, Holly M.
Hazen, Myron A.
Headlam, Ferdie
Heal, Earl H.
Heckstall, Andrea F.
Hegarty, Hugh D.
Heller, John W.
Helwig, Melissa C.
Henderson, Barbara D.
Henderson, Russell E.
Hennes Woodman, Melinda
Herbsman, Aaron N.
Hernandez, Aida
Hernandez, Daniel
Hernandez, Fedor E.
Hernandez, Kristi M.
Hernandez, Manuel C.
Herrera-Ayala, Angel P.
Herzog, Joyce B.
Hess-Mitchell, Pamala K.
Hester, Janine J.
Heydon, Dorothy A.
Hickman, Joe
Hickok, Beth A.
Hicks, James E.
Higuera, Imelda
Hill, Melissa R.
Hilyard, Patricia A.
Hines, Beverly

Exhibit A: Eligible Plaintiffs       16

Hodges, Cindi L.
Hodges, Rona L.
Hodges, Tyrone
Hodina, Georgia A.
Hofstein, Marian E.
Hogan, Jerold W.
Holden, Richard M.
Holland, Marjorie
Hollins, Naomi
Holloway, Andrea V.
Holmes, Pamela
Honeyestewa, Carl G.
Hood, A Levert
Hooker, Gary L.
Hoover, Barbara J.
Hopewell, Rebecca L.
Horne, Hazel C.
Horne, Jeffrey
Horst, Deborah L.
Horton, Raymond J.
Hoshell, Terri-Gayl
House, Amanda
Housler, Delores O.
Howard, Gwen B.
Howell, Sandra
Howser, Paul R.
Hubbert, James L.
Huber, Suzanne R.
Hudnall, Sarah J.
Hudson, Andrea
Hudson, Diane G.
Hudson, Roger S.
Hudson, Shannon
Huerta, Rosa L.
Hufnagel, Leon P.
Hughes, Judith L.
Hughes, Lynda K.
Hughes, Nancy J.
Hughston, Debra F.
Hulsey, Virgil D.
Hummer, Marjorie A.
Hunter, Silvia
Hunts, Daniel K.
Hutt, Martonia M.
Huy, Sokchan T.
Ignash, Walter S.
Illiano, Dan T.
Inda, Araceli

Exhibit A: Eligible Plaintiffs                    17

Ing, Mary E.
Inghelram, Thomas J.
Ingram, Glenda Francisca
Iqbal, Raza
Isa Del Sol, Rosario
Isaacs-Ellis, Amy L.
Ivery, Peggy Y.
Iveson, William B.
Ivonne, Jo
Jackson, Arthur
Jackson, Cherida L.
Jackson, Dionne A.
Jackson, Jack A.
Jackson, Julie L.
Jackson, Ladonna
Jackson, Olive F.
Jackson-Randall, Freda D.
Jacobs, Lasalle W.
Jacobs, Mary E.
January, Aaron
Jaramillo, Darlene L.
Jarden, Roselyn D.
Jarquin, Jacqueline G.
Jean-Bart, Marie M.
Jefferson, Ebony
Jefferson, Sheron
Jenkins, Denise
Jenkins, Jannie L.
Jenkins, Marion R.
Jenkinson, Judith E.
Jennett, Lucius F.
Jennings, Archanel N.
Jennings, Carole C.
Jennings, Dominque
Jensen, Peter M.
Jerjerian, Michael J.
Jewell, Toni-Ann
Joachim, Patricia S.
Johnson, Andre B.
Johnson, Brandie
Johnson, Deena M.
Johnson, Desharna S.
Johnson, Edward
Johnson, Elnor
Johnson, Glen M.
Johnson, Joni M.
Johnson, Lisa R.
Johnson, Marian A.

Exhibit A: Eligible Plaintiffs          18

Johnson, Marie Y.
Johnson, Michelle L.
Johnson, Nancy C.
Johnson, Rickey A.
Johnson, Sandra J.
Johnson, Steven D.
Johnson, Terri L.
Johnson, Tina
Johnson, Tyesha
Johnson, Ward
Johnson, Zebbra S.
Johnson-Evans, Charlesetta D.
Johnston, Patricia A.
Jojola, Darlene D.
Jones, Kaamilya P.
Jones, Krishna K.
Jones, Maria A.
Jones, Melford
Jones, Rashima J.
Jones, Shalamar
Jones, Shawn
Jordan, Glynis R.
Jordan, Lynn
Jordan, Veronica
Jorle, Maria
Jose, Evelyn
Joseph, Deborah
Julian, Joyce T.
Jumper, Alice F.
Jungk, Diane
Kadell, Amy B.
Kalipetis, Nancy L.
Kalish, Charles H.
Kallis, Ramirez Maria A.
Karpowicz, Lisa M.
Kavaler, Franklin
Kaye, Janet E.
Kazovsky, Gita
Kearney, Jean
Kearney, Sheri L.
Keaton, Lether L.
Keeler, Harold W.
Keene, John B.
Keller, Remedios L.
Kelley, Verne H.
Kellogg, Lori F.
Kelly, Gerald L.
Kelly, Lashone

Kelly, Robert W.
Kelly, Sarah E.
Kemp, Philip W.
Kempkes, Joe
Kennedy, Geraldine
Kerwin, Shirley J.
Ketchum, Betty C.
Key, Erika
Key-Suttle, Delta M.
Khogali, Abdel
Khondker, Mokhlesur R.
Kim, Francis J.
Kimery, Kimeley D.
Kinchen, Armer
Kiper, Shunell
Kirby, David R.
Kirwan, Mary L.
Kissel, George A.
Kitt, Richard P.
Klidas, Margaret A.
Knight, Gerald O.
Knowles, Norita
Kohn, Stephen G.
Koltick, Janet C.
Koltzen, John K.
Komins, Lynn T.
Koo, Liangzen
Kook, Raymond L.
Kopriva, Sally M.
Koran, Shirley M.
Kossman, John
Koteras, Frankie J.
Kotzamanis, Joyce W.
Kouts, Danielle L.
Kovalsky, Jamie J.
Kowalski, Charles E.
Kowren, Karalea
Kreiswirth, Donald
Kreus, Gary D.
Kuhn, Richard E.
Kurtzberg, Ronald B.
Kyle, Kathryn P.
Kyle, Ruth J.
La Croix Jr, Archibald F.
La Viola, Frank S.
Lacoste, Sharon
Lacy, Essie M.
Lafollette, Delane F.

Exhibit A: Eligible Plaintiffs          20

Lake, Perry M.
Lall, Chabi
Lalumond-Erhamel, Julia H.
Lamb, Terry L.
Lamebull-Juneau, Donna L.
Landers, Christopher
Landers, Jean
Landers, Theo D.
Landow, Carol S.
Landry, Clifford X.
Lane Jr, Albert A.
Lane, Gina
Langford, Monique
Langston, Daniel C.
Lankes, Allen R.
Lankford, Jeralyce L.
Lantz, Warren C.
Larson, Tiffany M.
Lathey, Nancy A.
Lawler, Hazel M.
Lawler, Richard J.
Lawlor, Zachary J.
Lawrence, Elma J.
Lawson, Caron P.
Lawton, Shelia A.
Layton, Michael L.
Lazernik, Marvin S.
Lea, Kristin N.
Leach, Leroy C.
Leach, Michelle M.
Lear, Janice E.
Leblanc, Barbara
Ledford, Ronald
Ledger, Joan
Ledvina, Laura J.
Lee, Greglon Y.
Lee, Jim S.
Lee, Sherry R.
Lee, Suzanne R.
Legette, Ellene
Lehman, Ralph F.
Leinen, Gary E.
Lemons, James A.
Lent, James
Leone, Silvana
Leslie-Gates, Travie
Lett, Donna M.
Leung, Cindy

Exhibit A: Eligible Plaintiffs          21

Levine, Barry Z.
Levitt, Michael P.
Levitt, Zelda S.
Lewis, Catherine
Lewis, Diane
Lewis, Loren C.
Lewis, Marie L.
Lewis, Thomas T.
Linda, Lauren
Lindauer, William
Linderman, Russell J.
Lindersmith, John L.
Lindquist, Edward E.
Lindstrom, William H.
Linhart, Steve L.
Lipper, Seymour
Lippert, Barbara G.
Littlejohn, Bernice M.
Littleton, Baron J.
Litwinow, Nina
Livers, Gregory A.
Livingston, Daniel E.
Lomahoma-Tunney, Elfrieda
Lomax, Brenda L.
Lombardi, Emmie
Long, Kathleen S.
Loomis, Charles L.
Lopez, Anthony C.
Lopez, Harold J.
Lopez, Jacqueline I.
Lopez, Manuel M.
Lopez, Rachelle M.
Lopez, Soledad
Lortz, Julie D.
Louie, Shui O.
Love, Loreine
Lowe, Deborah A.
Lucke, Mark W.
Lucky, Harry E.
Luers, D.J.
Lugo, Mario Z.
Lugowski, Barbara L.
Luong, Charles L.
Luttrell, Allen W.
Mabury, Frances L.
Mac Clennen, Dianne E.
Mac Donald, Cybille A.
Mac Murray, Barry J.

Mackay, Irene
Mackie, Kathryn D.
Mackinlay, Janette
Macklin, Dennis R.
Maddux, Melody S.
Magee, Jenny M.
Maguire, Sean
Mahoney, Gaylerd V.
Main, Ronald A.
Malinzak, Judith N.
Malkin, Luba M.
Malloe, Jay K.
Malmborg, Mary D.
Malone, Thomas J.
Maloney, Kona
Malphurs, Lillian N.
Malysa, Jennie D.
Mangrum, Clarence
Manley-Cicala, Anne
Manns, Charles L.
Manodori, Annamaria B.
Marchan, Martin
Marchetti, Robin A.
Mark, Wanda G.
Marks, Denitrice E.
Marks, Thomas E.
Marrazzo, Gerald V.
Marrufo, Isabel
Mars, Gina
Marshall, Karen L.
Marshall, Terri N.
Martin Del Campo, Irene
Martin, Bridie M.
Martin, John R.
Martin, Laura J.
Martin, Monika E.
Martindale, Sandra
Martinez, Erica Y.
Martinez, Gabriel M.
Martinez, Ruben S.
Mastandrea, Sharon L.
Matejka, Mary S.
Mathis, Robert S.
Matthews, Gwendolyn K.
Matthews, Monique L.
Mattis, Darlene
Matto, Annella
Mattox, James W.

Exhibit A: Eligible Plaintiffs          23

Matura, Richard D.
Maturo, Karen I.
Maxwell, Estella
Maxwell, Robert W.
Mayer, Marvin J.
Mazzotta, Gregory J.
Mc Afee, Doris M.
Mc Burney, Shannon
Mc Cabe, Susanne
Mc Cain, Letizia
Mc Candless, Linda K.
Mc Carthy, Maureen
Mc Clellan, Dyton E.
Mc Clendon, Keisha A.
Mc Closkey, Claire R.
Mc Cloughy, James W.
Mc Connell, Patrick C.
Mc Cormack, Danielle
Mc Cormick, Kevin V.
Mc Cormick, Ralph P.
Mc Cowan, Shannon J.
Mc Cown, Marguerite A.
Mc Coy, Sherry
Mc Cready, Thomas N.
Mc Crone, Frank L.
Mc Daniel, Lee
Mc Dermott, Patrick J.
Mc Dougall, Abbie M.
Mc Eachern, Helen
Mc Farlane, Tassycia Y.
Mc Garva, David J.
Mc Gee, Michael
Mc Gensie, Linda
Mc Gill Jr., Gilbert
Mc Gill, Jennifer
Mc Gonigal, Rian
Mc Gowan, Thomas P.
Mc Guinn, Lauren K.
Mc Hugh, Richard
Mc Knight, Eddie R.
Mc Kune, Syronne H.
Mc Lead, Judith
Mc Lucas, Robert
Mc Quilla, Johnny W.
Mc Spirit, Karen A.
Medina, Aaron
Meeks, Penny J.
Meenen, Leslie C.

Mehlbrech-Brewton, Tamara A.
Mele, Nicholas
Melendez, Virginia R.
Memmott, Lottie S.
Menchaca, Celsa A.
Mendoza, Jose L.
Menkin, Rita B.
Meronnee, Daryll D.
Merritt, David
Mester-Lepinske, Diana G.
Metzler, Darlene E.
Meyer, Sharon A.
Meyerhoffer, Nancy E.
Meyers, George
Michael, Carolyn J.
Michaels, Monica S.
Midkiff, Martha A.
Mike, Carolyn D.
Mike, Dorothea
Miles, Lacheryl L.
Miller, Candace D.
Miller, Joy M.
Miller, Robert M.
Millington, Victoria
Mills, Eddy
Milstead, Rosemarie
Milstein, Judith A.
Milton, Juaniceia L.
Mims, Anthony R.
Minkin, Joseph
Minton, Michael R.
Miranda, Frank
Missouri, Jack
Mitchell, Deborah A.
Mitchell, Harroll E.
Mitchell, Janice J.
Mitchell, Marsha R.
Mize, Claudia S.
Mojica-Rodriguez, Sandra
Molk, Gregory M.
Molloy, Timothy E.
Monk, Sandra L.
Monroe, Alvin L.
Montecino, Leonard G.
Montgomery, Ruthie R.
Montgomery, Sophie
Moody, Amar R.
Moon, Myrta K.

Exhibit A: Eligible Plaintiffs          25

Moore, Donald
Moore, James E.
Moore, Latetsa J.
Moore, Sandra C.
Moore, Tracy M.
Moore-Deas, Beverly
Mora, Silvia M.
Morales, Cheryl L.
Morales, Ernest O.
Morales, Mayra
Morales-Franco, Angelica
Morano Jr., Gerard L.
Morant, Carolyn
Moratti, Robert
Mordan, Noemi
Morgan, Allie B.
Morgan, Charlotte
Morley, Andrea J.
Morley, Wendy
Morningstar, Arioch A.
Morrice, Richard J.
Morris Jr., Robert L.
Morris, Ann S.
Morris, Janet R.
Morris, Pamela K.
Morris, Rosemary H.
Morrison, Marjorie L.
Morrison, Scott M.
Morsette, Steve T.
Mueller, Alicia A.
Mueller, Gary R.
Muhammad, Ihdina
Muhammad, Rachel
Muller, David J.
Muller, Dena L.
Munguia, Lydia
Munoz, Ascension S.
Murburg, Thelma D.
Murdock, Shelley M.
Murphy, Chonne F.
Myhand, Beverly N.
Na, Sang-Hoon
Nafarrate, Rudy S.
Nash, Richard A.
Nathan, Mary
Nava, Michael S.
Navarrete, Michelle D.
Nazario, Julie M.

Neil, Everett
Neill, Janelle R.
Nelson, Bernadette M.
Nelson, Clint J.
Nelson, Gary A.
Nelson, Omar
Nelson, Vicki A.
Neville, Patrick
Newman, Elizabeth M.
Newman, Trina C.
Newton, La Donna M.
Nicholas, Barry A.
Nicholi, Gabriel H.
Nichols, Patricia
Nicholson, Alicia
Nickens, Gail R.
Nicklaus, Catherine S.
Nieboer, Jennifer K.
Nieves, Elvia
Nin, Herbert A.
Nisen, Paul
Nitschke, Frances
Noble, Patricia L.
Nocket, Kathryn L.
Noel, Wesley L.
Noller, Laurie K.
Nonnemaker, Lauretta I.
Norkon, Robert A.
Norman, Raymond
Northrop, Suzzann
Nottelman, Sandra P.
Nugent, Andrea
Nwozuzu, Blessing
Nylund, Bonnie S.
Oberch, Lori A.
Oberstein, Marydale
Oblath, Jonathan R.
O'Brien, Shellie J.
Oconnor, Rodger P.
Odell, Amy
O'Dell, Phyllis
Odell, Robert L.
Oens, Jr. Rodney L.
Offret, Anthony J.
O'Garro, Daniel
Ok, Bong  H.
Old Chief, Muriel M.
Olguin, Amparo N.

Olson, Christopher J.
O'Neal, Anitra D.
Onorato, William
Onyenachi, Sidona N.
Opely, Karen K.
Ordonez, David M.
Orelien, Joseph
Orellano, Carmen C.
Ornelas, Alfredo R.
Orozco, Scott M.
Ortiz, David
Ortiz, Lisa N.
Ortiz, Lissette
Ortiz, Luz M.
Osborne, Monty L.
Osby, Glenda A.
Oseguera, Juliet
Osollo, Victoria L.
Osorio, Paul J.
Otchere, Peter B.
Otudor, Abena T.
Pabst, Wanda L.
Pacheco, Hermes M.
Padilla, Alex J.
Padilla, Lisa
Padilla, Maria
Pagan, Madeline
Page, Charles E.
Paige, Rachel C.
Palminteri, Rosemary
Palomino, Andrews O.
Paoloni, Joseph A.
Paoloni, Margaret H.
Paquin, Maria
Parker, Dean
Parker, Dean A.
Parker, Debra
Parker, Mark
Parker, Michele R.
Parker, Myrna L.
Parker, Rufus
Parker, Tyrone
Parris, Michelle L.
Parson, Domenique M.
Parsons, Leslie J.
Parsons, Richard C.
Pasieczny, Danuta
Patel, Mayur R.

Patrick-Mcdowald, Tiverton
Patterson, Ada M.
Patterson, Alfred D.
Patterson, Benny
Patterson, Byron
Patterson, Lionel
Patton, Nansea M.
Paulson, Larry W.
Pavlich, Georgia C.
Pawlowski, Stanley A.
Payne, Michele
Payton, John R.
Pearson, Crystal G.
Peden, Cynthia A.
Pedersen, Patricia A.
Pendleton, Diane M.
Pennella, Peter L.
Pennock, Mandi B.
Penso, Derryck
Perez, Ana L.
Perez, Beatriz
Perez, Pedro
Perez, Victor L.
Perez, William G.
Perkins, Deborah
Perkins, Harry G.
Perry, Stephanie
Peskir, Michael
Peters, Leroy A.
Peters, Patricia A.
Petersen, Doris
Petersen, Ian W.
Petersen, Karyn
Peterson, Debbie G.
Peterson, Donna L.
Peterson, Gerald P.
Peterson, James M.
Peterson, Steven J.
Pethigal, James C.
Petite, Grace E.
Petrasek, Farrah
Petruska, Oline J.
Pettit, Katherine D.
Pettway, Marvalette D.
Pfluger, Richard G.
Phillips, Deborah A.
Phillips, Linda M.
Phillips, Lisa

Exhibit A: Eligible Plaintiffs                    29

Phillips, Pat
Phoomahal, Eugenia
Pierce, Patrick M.
Piper, Jack
Pirtle, Carl V.
Pisonero, Craig A.
Pitts, Shirley A.
Plambeck, Suzanne E.
Pomonis, Peter T.
Pompan, Arnold
Pope, Gary
Porcaro, Kim D.
Porchia, Lytrischia A.
Porter, Benjamin
Porter, Jill S.
Porter, Mitchell
Portman, Harry B.
Powell, Antoinette D.
Powell, Carol L.
Powell, Nicole B.
Powell, Phil W.
Prado, Mamerto A.
Pressley, Helen
Pretko, Leonard B.
Preuhs, Dessa M.
Primous, Nathaniel J.
Prince, Sheryl N.
Prine, Sondra K.
Prinz, Helda C.
Pritchard, Katrina M.
Prohaski, Douglas
Pruitt, Florrie D.
Pryor, Debbie
Puida, Terrence T.
Pulvino, Julie
Pulvirenti, Caroline M.
Quarker, William
Quinn, Janice A.
Quinn, Robert A.
Quinones, Maria L.
Quint, Susan M.
Quintero, Jesus R.
Quiroz, Christina M.
Rabe, Thomas J.
Radley, Sheila J.
Ragel, Mary C.
Ragoo, Karran
Rallo, Theadora A.

Ram, Raja
Ramdin, Laxmi
Ramirez, Elizabeth
Ramirez, Kenly S.
Ramos, Margarita N.
Ramos, Marina G.
Ramsey, Debra J.
Randall, Vernita M.
Randler, Laurie G.
Randolph, Karen J.
Rankin, Stacy
Rasbury, Ollie
Ratcliffe, Billie J.
Rawlins, Terry G.
Raymond  III., John G.
Reach, Susan G.
Redick, Theresa C.
Redlin, Joel I.
Reed, Beverly W.
Reed, Shirley
Reese, Rosa
Reese, Tiffany
Reid, Richard J.
Reilly, Cynthia R.
Reilly, Edward R.
Relinski, Patricia J.
Rembold, Joseph M.
Rendell, George D.
Rendell, Sandra B.
Render, Hortense A.
Reno, Philomena M.
Ressell, Michelle G.
Reyes, Danny
Reyes, Jeffrey K.
Reynolds, Evelyn K.
Reysen, Edward W.
Rheams, Renee
Rhie, Rena H.
Rhines, Kristi K.
Rhodes, Lisa
Richarde, Patricia
Richards, Gale H.
Ricketts, Suzette S.
Rico, Maureen D.
Riera, Sylvia
Riley, James E.
Rincon, Jackeline D.
Rinehart, Nilda E.

Rios, Hugo V.
Risley, Dennis R.
Risuglia, Maria
Rittner, Richard H.
Rivera, Bertha M.
Rivera, Colleen
Rivera, Connie
Rivera, Miguel A.
Rivers, Moses D.
Rivers, Sonya D.
Rivier, Michele K.
Roberson, Coi
Roberts Jr., Raymond
Roberts, Belinda F.
Robinson, Alan
Robinson, Cheryl A.
Robinson, Debbie
Robinson, Elaine C.
Robinson, Jerome K.
Robinson, Joanne C.
Robinson, Luetta L.
Robinson, Oneca J.
Robinson, Trinette A.
Robinson, Veda L.
Robinson-Kochi, Terry L.
Roche, Warren
Rocheford, James A.
Rocheford, Lillian
Rodriguez, Anthony G.
Rodriguez, Antonio P.
Rodriguez, Edilia G.
Rodriguez, Louis A.
Rodriguez, Samuel S.
Roessler-Lobert, Carey A.
Rogers, Gary A.
Rogers, Sheila K.
Rogers, Wesley J.
Rolland, Barbara
Romero, Myra
Rosado, Virginia D.
Rosales, Maria E.
Rosario, Sabrina
Rosas, Reylene M.
Rosen, Leo
Rosenblatt, Alan
Rosenthal, Eileen B.
Rosenthal, Jerry
Rosinski, Susan J.

Ross, Alyssa A.
Rossi-Jensen, Clara
Rothman, Stephen J.
Roughan, Rita
Rousseve, David T.
Rousseve, Thomas S.
Rowland, Thomas C.
Rowley, Deborah J.
Rowley, Richard
Rowoldt, Jessica L.
Rubi, Ketty
Rubin, Gloria R.
Rubio, Shirley D.
Running Crane, Misty D.
Russo, Michael
Rutigliano, Michael
Rutt, Beverly T.
Ryan, Cynthia
Rydzewski, Philip P.
Rydzynski, Terry
Rykowski, Katherine C.
Saavedra, Grace M.
Sage, Mary F.
Salazar, Paula A.
Salazar, Yolanda E.
Sally, Lamar
Salvail, Joseph O.
Sanchez, Lorena L.
Sanchez, Maria G.
Sanchez, Marlene M.
Sanders, Erma J.
Sanders, Jenice
Sandison, Kenneth A.
Sanford, Heidi L.
Sangiorgi, Joanne H.
Sanidad, Deborah E.
Santiago, Samuel
Sass, Kurt
Sassoon, Irene
Satterthwaite, Debbie J.
Saucedo, Dawn S.
Saunders, Demetria
Saunders, Jill
Sauter, Ray C.
Savoia, Cindy
Sawall, Therese M.
Sawh, Ramola
Sayone, John H.

Schadler, Robert J.
Scheib, Ronnie
Schlachter, Adam
Schmidt, Maria E.
Schmidt, Maryjo
Schnautz, Jo Anne
Schneider, Harlan A.
Schneider, Steven R.
Schoeberl, Barbara
Schug Jr, Brian A.
Schultz, James F.
Schultz, Ronald
Schuster, Mary L.
Schwab, Lawrence R.
Schwaneman, Eric J.
Schwartz, Howard
Schwarz, Stanley A.
Schweizer, Laurilee K.
Schwiebert, Deni
Sciacca, Joseph J.
Scott, Gregory L.
Scott, Kimberly M.
Scott, Roland H.
Selvaggio, Nicholas J.
Sena, James S.
Senigar, Tracy P.
Senk, Edwin
Sepe, Thomas
Serrano, Frank A.
Sersen, David
Sevilla, William A.
Sewright, Gail M.
Seymour, Paula K.
Sgueglia, Maria
Shaffer, Kay E.
Shamilyan, Zakhar Z.
Sharif, Denise V.
Sharples, Marilyn
Shatela, Redwan A.
Shaw, Martha
Shea, Sean O.
Shea, Susan D.
Sheeley, Berta A.
Shelby, Mamie L.
Shell-Croom, Gussie
Shelley, Michael
Shelton, Judy E.
Shepherd Sr., Eugene

Shepherd, Cherylle A.
Sheppard, Danette
Sherman, Dana
Shewey, Jeannie L.
Shoffner, Julia M.
Shooshani, Poline
Shugart, Janet
Siegler, Christophe R.
Siemons, Carol A.
Silva, Leilan L.
Silver, Jean E.
Simmons, Donald W.
Simmons, Marlene
Simms, Bonnie
Simon, Linda G.
Simon, Stephen J.
Simonson, Tamber L.
Simpson, Robert L.
Sims Jr., James L.
Sims, Betty
Sims, Kiana S.
Singh, Betti A.
Singletary, Sybil M.
Sirignano, Gloria
Sirmans, Saundra L.
Sisk, Calvena
Skibbens, Charles P.
Skutsch, Thomas W.
Slaight, Aaron
Slatus, Edmond
Sloan, Sheila
Slocum, Donald
Sloyan, Jane M.
Smart, Ashley
Smith, Alexis
Smith, Anita R.
Smith, Bobby
Smith, Bradley G.
Smith, Bruce
Smith, Carla
Smith, Cindernella
Smith, Ciuleandra J.
Smith, Clarence J.
Smith, Damien D.
Smith, Jeffrey T.
Smith, Kelly J.
Smith, Kim N.
Smith, Melvin D.

Smith, Sandy
Smith, Shelia
Smith, Stacey
Smith, Tracey K.
Smrz, Jeffrey A.
Snell, Tyrone E.
Solomon, Denise A.
Sommer, Donna L.
Sommer, Linda
Somoza, Julio G.
Soop, Allen
Soriano, Roslyn X.
Sosna, Larry D.
Soto, Maritza
Soto, Victor
Spaulding, John
Spear, Patricia
Spears, James
Spencer, Lyris E.
Spina, Salvatore
Spradlin, Esther L.
Sprague, Ronald K.
Spratt, Andrew B.
Springer, Pleschette A.
Springman, John K.
Spurlin, Sibyl
St. Louis, Jason E.
Stagg, Vivian L.
Stallworthwilli, Deborah A.
Stalmack, Karen A.
Stanfill, Charles R.
Stanley, Carolyn A.
Stanley, Vera N.
Stanzione, Suzanne E.
Starke, John D.
Starks, Evangeline W.
Statdfield, Shirley
Stecker, James H.
Steele, Lark L.
Steele, Rena
Stefen, Only One Name
Stenger, Margaret A.
Stephan, Linda M.
Stephens, Cheryl C.
Sternbach, Margaret T.
Stevenson, John S.
Stewart, Annette J.
Stewart, Frances

Stewart, Laurita
Stewart, Margaret A.
Stewart, Teresa A.
Still, Tracy
Stimson, Betty K.
Stith, James N.
Stoddard, William J.
Stogden, Kelly
Stone, Dan N.
Stone, Donald S.
Stone, Rosiland
Stowell, Hannelori A.
Stowell, Richard K.
Strain, Myeasha
Strauss, Carolyn J.
Stripling, Pamela E.
Strong, Cheryl
Strong, Emberley A.
Stuart, George M.
Stucker, Mary N.
Stupin, Christine M.
Sturdivant, Gwendolyn P.
Suarez, Enrique
Suber, Elaine E.
Subia, Lori
Sudden, Richard S.
Summerlin, Marjorie E.
Sumner, Thomas A.
Sumpter, Juanita
Sundblom, Dana L.
Surin, Caroline A.
Suryk, Richard
Sutherland, Marcia G.
Sutton, Lynda
Swavely, Reginald J.
Swidecki, Amy
Swidecki, Carrie
Swidecki, Jamie B.
Swidecki, Linda
Swift, Karyna M.
Sznapstajler, David
Taffe, Thomas
Tammons, Herbert H.
Tandy, Jim
Tants, Theresa M.
Taquino, Edith S.
Tarr, John B.
Tasso, Sonia

Exhibit A: Eligible Plaintiffs               37

Tauss, Frank J.
Taylor, Lloyd M.
Taylor, Lyle O.
Taylor, Roderick W.
Tello, Liliana
Temple, Sheila M.
Tenen, Gilbert Bruce
Terracina, Stephen J.
Terrel, Lorna Y.
Terry, Regina
Testani, Teresa M.
Tewes, Dale A.
Tham, Yen
Thomas, Diane
Thomas, Fannie
Thomas, Sandra
Thomas, Shelby K.
Thomas, Valerie R.
Thomas, Yvette P.
Thompson Jr, Bobby E.
Thompson, Audrey J.
Thompson, Ethel V.
Thompson, Robert S.
Thompson, Tawn N.
Tillman, Kimberly P.
Tinjum, Jens R.
Tobias, Benjamin H.
Tomlin, Mary L.
Toomoth, Fredrick E.
Torres, Violet D.
Torrez, Monica D.
Tourrette, Charles G.
Toyota, Kevin H.
Tracton, Syndi
Tracy, Anne W.
Trama, Anthony
Travertini, Linda A.
Traylor, Kathleen S.
Trejo, Fidel
Triplett, Beth A.
Trujillo, Ray
Tucker, Hugh
Tullis, Elizabeth M.
Turner, Artavior
Turner, Debra L.
Turner, Leslie
Tyson, Jontae R.
Tyson, Paul A.

Exhibit A: Eligible Plaintiffs                38

Ude, Dona
Uglowook, Sharon O.
Underwood, Gloria W.
Urias, Angela D.
Uwumarogie, Portia
Vaag, Lynn
Valencia, Pedro J.
Valenzuela, Alicia M.
Van Beek, Carol
Van Brunt, Anna Maria F.
Van Dyke, Robert J.
Van Eck, Harold F.
Van Iwarden, Tammy
Van Tichelt, Brett
Vanschoor, Liz A.
Vasquez, Sonya M.
Vatter, Robert S.
Vay, Michele
Vazquez, Helen W.
Vazquez, Rosario
Velasquez, Cruz
Velez, Jaime A.
Venegas, Carlos P.
Vera, Luis X.
Vera, Raiza F.
Verbrugghen, Susan A.
Verdiner, Miriam
Verdun, Regina
Vickson, David W.
Viers, Paul B.
Vigil, Cynthia I.
Villafana, Sandra L.
Villegas, Gunter
Villero, Monna
Vinson, Patsy L.
Violin, Roxy R.
Voelsing, Delia
Vogel, Edward F.
Volk, Julia A.
Vsych, Jurgen
Vu, Michael H.
Wagner, Sharon B.
Waguespack, Sharon M.
Wahl, Bruce E.
Walker, Ethel L.
Walker, Gary L.
Walker, Michael E.
Walker, Sheryl D.

Exhibit A: Eligible Plaintiffs          39

Walsh, Virginia A.
Walton, Kirk D.
Waltrip, Michele R.
Ward, Linda A.
Ward, Marilyn N.
Ware, Gwendolyn H.
Wargo, Nanette
Warner, Shelly A.
Warren, Renae D.
Warwick, Edie
Washington, Aubrey J.
Washington, Lorine
Washington, Sayidah
Washington, Stuart S.
Watahomigie, Angelita
Waters, Deborah G.
Watson, Anthony E.
Watson, Glynnis
Watts, Deanna
Watts, Kurk
Weatherbee, Frances G.
Weatherton, Damali
Webb, Floyd A.
Webb, Karen A.
Webb, Margaret A.
Webb, Maxine
Weber, Christine T.
Weber, Kimberly A.
Weber, Kirk N.
Weber, Pamela J.
Weber, Scott A.
Weibert, Theodore
Weinberger, Roy
Weisse, Timothy M.
Weissman, Susan
Weitz, Marvin
Welch, Benjamin R.
Wells, Dorothy M.
Wells, Rosie M.
Welton, Wanda M.
Wencel, James R.
Wencel, Jan K.
Weng, Hsieh Y.
Weng, Lin-Chieh
Wenrick, William W.
West, Ernest L.
West, Sharon Y.
West, Veronica D.

West-Myers, Dona L.
Weston, Robert
Wheatley, Joseph K.
Whitaker, Raymond A.
Whitbourne, David P.
White, Antoinette L.
White, Charlene
Whitehead, Frank N.
Whitney, Jania D.
Wilcox, Shirley
Wilder, Donna L.
Wildwood, Julia
Wiley, Casaundra
Wiley, Susan K.
Wilkerson,  Prentiss
Wilkerson, Harold L.
Wilkerson, Mary L.
Wilkins, Warren S.
Wilkinson, Eileen
Willens, Dana E.
Williams, Akua
Williams, Ben
Williams, Beverly
Williams, Bryan
Williams, Curtis J.
Williams, Dollye Y.
Williams, Doris F.
Williams, Glen A.
Williams, Harold S.
Williams, Izola B.
Williams, Kenya R.
Williams, Lia M.
Williams, Richard D.
Williams, Stephen F.
Williams, Tamara W.
Williams, Wallace R.
Williams, Wendy T.
Williamson, Sandra
Willis, Faith
Willner, Gerald
Wilsey, Charity D.
Wilson, Beverly H.
Wilson, Carrol A.
Wilson, Delroy
Wilson, Dorothy Y.
Wilson, Marjorie G.
Wilson, Veronica D.
Wilson, Victoria E.
Wilson, Virginia L.

Exhibit A: Eligible Plaintiffs          41

Wilson-Bradley, Jacqueline
Wilt, Steven M.
Wilton, Amber C.
Winbush Sylvers, Queen Esther
Winter-Neighbors, Gwen W.
Winters, Leslie
Wolf, Sharon D.
Wolfe, Gerard R.
Womack, Iesha D.
Wong, Yue Mee
Woodburn, Thomas O.
Woodbury, Susan
Woods, Adrian
Woods, Charles M.
Wooten, Herman E.
Worden, Carmen T.
Workman, Laura M.
Worrell, Maureen A.
Worth, Kim W.
Worthington, Susan E.
Wright 3rd., James E.
Wyllie, Christine D.
Yacelga, Aida
Yamauchi, Jeff S.
Yeargin, Torianto L.
Young, Allison I.
Young, Barrow Jr
Young, Josephine
Young, Madelynne J.
Yount, Jennifer K.
Yu, Stephen
Zabala, Anidia G.
Zaharakis, Vangelia
Zaragoza, Samantha M.
Zarate, Lawrence
Zar-Hall, James W.
Zeller, Geoffrey
Zhang, Baozhao
Ziskind, David
Zolnier, Michell R.
Zuniga, Hector
Zupan, Kathy A.
Zurlo, April L.
Zuza Jr., Benjamin E.